UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:12-CR-0206 |
| v. | : | |
| JUAN VAZQUEZ-MEJIA, | : | (Judge Conner) |
| Defendant | : | |

### **ORDER**

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and the consequences of his plea and that he voluntarily waives his right to trial. The court finds that the plea has a basis in fact. The court accepts the plea of Guilty to the Indictment. **IT IS ORDERED** that, with the United States Probation Office having prepared an abbreviated presentence report, at the request of counsel, the case shall proceed to sentencing immediately.

                     S/ Christopher C. Conner
                     CHRISTOPHER C. CONNER
                     United States District Judge

Dated: September 28, 2012